A CERTIFIED TRUE COPY

ATTEST

By Mecca Thompson on Feb 14, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Feb 14, 2008**

FILED
CLERK'S OFFICE

**IN RE: PEPSICO, INC., BOTTLED WATER**
**MARKETING AND SALES PRACTICES LITIGATION**                MDL No. 1903

**TRANSFER ORDER**

**Before the entire Panel**[*]: Defendants PepsiCo, Inc., and the Pepsi Bottling Group, Inc. (collectively Pepsi) have moved, pursuant to 28 U.S.C. § 1407, to centralize this litigation in the Southern District of New York. This litigation currently consists of four actions, two pending in that district and one each in the Western District of Tennessee and the Southern District of Texas, as listed on Schedule A.[1] No responding party opposes the motion.

After considering the argument of counsel, we find that these four actions involve common questions of fact, and that centralization under Section 1407 in the Southern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All of these actions arise from allegations that Pepsi misled consumers of its Aquafina bottled water into believing that the water source of Aquafina was something different from and better than tap water. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of New York is an appropriate transferee district for pretrial proceedings in this litigation, because two of the four actions are already pending there and, by centralizing them before Judge Charles L. Brieant, we are assigning the litigation to a jurist who has the experience to steer it on a prudent course.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the two actions listed on Schedule A and pending outside the Southern District of New York are transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Charles L. Brieant for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

---

[*]     Judge Motz took no part in the disposition of this matter.

[1]     The Panel has been notified of one additional related action, which is pending in the Eastern District of California. That action and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

D. Lowell Jensen          J. Frederick Motz[*]
Robert L. Miller, Jr.     Kathryn H. Vratil
David R. Hansen           Anthony J. Scirica

**IN RE: PEPSICO, INC., BOTTLED WATER**
**MARKETING AND SALES PRACTICES LITIGATION**                MDL No. 1903

## SCHEDULE A

<u>Southern District of New York</u>

Brian Fielman v. PepsiCo, Inc., et al., C.A. No. 7:07-6815
Carmen Collado v. PepsiCo, Inc., et al., C.A. No. 7:07-6874

<u>Western District of Tennessee</u>

Stacey Anderson, et al. v. PepsiCo, Inc., et al., C.A. No. 2:07-2514

<u>Southern District of Texas</u>

Christina Villa, et al. v. PepsiCo, Inc., et al., C.A. No. 4:07-3060

CLOSED, DOCSENT, MDL, TRANSFERRED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:07-cv-03060

| | |
|---|---|
| Villa et al v. Pepsico, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.** | Date Filed: 09/20/2007 |
| Assigned to: Judge David Hittner | Date Terminated: 10/31/2007 |
| Case in other court: 157th Judicial District Court, Harris County, Texa, 07-46796 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Notice of Removal | Nature of Suit: 370 Fraud or Truth-In-Lending |
| | Jurisdiction: Diversity |

**Plaintiff**

**Christina Villa**                                        represented by **Jonathan H Cox**
Attorney at Law
402 Main St
Ste 3 South
Houston, TX 77002
713-752-2300
Fax: 713-752-2812
Email: jcox@coxlawfirm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

USDC SD-Y
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**Plaintiff**

**Regina Kelly**                                          represented by **Jonathan H Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Banks**                                          represented by **Jonathan H Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalind Basile**                                      represented by **Jonathan H Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Williams**                                        represented by **Jonathan H Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

__Plaintiff__

Richard Banks                    represented by    **Jonathan H Cox**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

__Plaintiff__

Kathy Jones Banks                represented by    **Jonathan H Cox**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

__Plaintiff__

Samantha Townsend                represented by    **Jonathan H Cox**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

__Plaintiff__

Carolyn Hayes                    represented by    **Jonathan H Cox**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

__Plaintiff__

Dasha Alexander                  represented by    **Jonathan H Cox**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

__Plaintiff__

Linda Walker                     represented by    **Jonathan H Cox**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

__Plaintiff__

Mary Brewster                    represented by    **Jonathan H Cox**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

__Plaintiff__

Lawanda Holts                    represented by    **Jonathan H Cox**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

__Plaintiff__

**Johnnie Byrd Byrd**

represented by **Jonathan H Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pepsico, Inc.**

represented by **Johnny W Carter**
Susman Godfrey LLP
1000 Louisiana
Ste 5100
Houston, TX 77002-5096
713-653-7818
Fax: 713-654-6694 fax
Email: jcarter@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Lazaroff**
Proakauser Rose LLP
1585 Broadway
New York, NY 10036-8299
212-969-3645
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coca Cola Company**
*TERMINATED: 10/22/2007*

represented by **Kevin Dane Mohr**
King and Spalding
1100 Louisiana
Ste 4000
Houston, TX 77002
713-751-3200
Fax: 713-751-3290
*LEAD ATTORNEY*

**L Joseph Loveland, Jr**
King & Spalding LLP
191 Peachtree St
Atlanta, GA 30303-1763
404-572-4783
Fax: 404-572-5142
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2007 | 1 | NOTICE OF REMOVAL from 157th Judicial District Court, Harris |

| | | County, Texas, case number 2007-46796 (Filing fee $ 350 receipt number 3053384) filed by Pepsico, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Carter, Johnny) (Entered: 09/20/2007) |
|---|---|---|
| 09/20/2007 | 2 | *Civil Cover Sheet* by Pepsico, Inc., filed.(Carter, Johnny) (Entered: 09/20/2007) |
| 09/20/2007 | 3 | *Certificate of Notice of Removal* by Pepsico, Inc., filed.(Carter, Johnny) (Entered: 09/20/2007) |
| 09/21/2007 | 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/14/2007 at 02:00 PM in Courtroom 702 before Magistrate Judge Stephen Smith. ( Signed by Judge David Hittner ) Parties notified.(smurdock, ) (Entered: 09/21/2007) |
| 09/21/2007 | 5 | SUPPLEMENT by Pepsico, Inc., filed. (Attachments: # 1 Exhibit 1 - Pepsico Citation# 2 Exhibit 2 - Coca Cola Citation)(Carter, Johnny) (Entered: 09/21/2007) |
| 09/21/2007 | 6 | *Certificate of Supplemental Notice of Removal* by Pepsico, Inc., filed. (Carter, Johnny) (Entered: 09/21/2007) |
| 09/25/2007 | 7 | Agreed MOTION Stipulation for extension of time to answer by Pepsico, Inc., filed. Motion Docket Date 10/15/2007. (Carter, Johnny) (Entered: 09/25/2007) |
| 09/26/2007 | 8 | Stipulation and ORDER for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Original Complaint. Any answer must be filed on or before October 30, 2007.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 09/27/2007) |
| 09/27/2007 | 9 | NOTICE *of the Motion to Consolidate and Transfer Filed Before the Judicial Panel On Multidistrict Litigation* by Pepsico, Inc., filed. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit C.1# 5 Exhibit C.2# 6 Exhibit D)(Carter, Johnny) (Entered: 09/27/2007) |
| 10/08/2007 | 10 | CERTIFICATE OF INTERESTED PARTIES by PepsiCo, Inc., filed. (Carter, Johnny) (Entered: 10/08/2007) |
| 10/15/2007 | 11 | CERTIFICATE OF INTERESTED PARTIES by The Coca Cola Company, filed.(Mohr, Kevin) (Entered: 10/15/2007) |
| 10/19/2007 | 12 | NOTICE of Voluntary Dismissal as to Coca Cola Company by all plaintiffs, filed. (ltrevino, ) (Entered: 10/19/2007) |
| 10/22/2007 | 13 | ORDER that pursuant to the Stipulation of Voluntary Dismissal that Defendant Cocoa-Cola Co. is dismissed without prejudice.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 10/22/2007) |
| 10/22/2007 | | *** Party Coca Cola Company terminated. (ealexander, ) (Entered: 10/22/2007) |

Case 7:08-cv-01834-CLB    Document 1-2    Filed 02/25/2008    Page 5 of 5

| | | |
|---|---|---|
| 10/25/2007 | 14 | MOTION for Michael S. Lazaroff to Appear Pro Hac Vice by Pepsico, Inc., filed. Motion Docket Date 11/14/2007. (Carter, Johnny) (Entered: 10/25/2007) |
| 10/25/2007 | 15 | Unopposed MOTION to Stay *Proceedings Pending Determination on Multidistrict Coordination* by Pepsico, Inc., filed. Motion Docket Date 11/14/2007. (Attachments: # 1 Proposed Order)(Carter, Johnny) (Entered: 10/25/2007) |
| 10/25/2007 | 16 | MEMORANDUM of Law in Support of re: 15 Unopposed MOTION to Stay *Proceedings Pending Determination on Multidistrict Coordination* by Pepsico, Inc., filed. (Attachments: # 1 Appendix Lazaroff Declaration# 2 Exhibit 1-4 to Lazaroff Declaration# 3 Exhibit 5, Part 1 to Lazaroff Declaration# 4 Exhibit 5, Part 2 to Lazaroff Declaration# 5 Exhibit 6-7 to Lazaroff Declaration)(Carter, Johnny) (Entered: 10/25/2007) |
| 10/26/2007 | 17 | ORDER granting 14 Motion to Appear Pro Hac Vice on behalf of Michael S. Lazaroff.( Signed by Judge David Hittner ) Parties notified. (ealexander, ) (Entered: 10/26/2007) |
| 10/26/2007 | 18 | ORDER granting 15 Motion to Stay.( Signed by Judge David Hittner ) Parties notified.(ealexander, ) (Entered: 10/26/2007) |
| 10/31/2007 | 19 | ORDER that this case is administratively closed, Case terminated on October 31, 2007.( Signed by Judge David Hittner ) Parties notified. (ealexander, ) (Entered: 11/01/2007) |
| 03/03/2008 | 20 | TRANSFER ORDER (certified copy) transferring case to Southern District of New York to be included in MDL Docket No. 1903. Parties notified.(pcrawford, ) (Entered: 03/04/2008) |
| 03/04/2008 | | Interdistrict transfer to Southern District of New York. Certified copy of transfer order, certified docket sheet, and transfer letter will be sent., filed. (pcrawford, ) (Entered: 03/04/2008) |
| 03/04/2008 | 21 | Document(s) Sent by FedEx to Southern District of New York; Tracking Number 8633 9898 4652 re: 20 Conditional Transfer Order re: Certified copies of Transfer Order and Case Docket, transfer letter, filed. (pcrawford, ) Additional attachment(s) added on 3/4/2008 (pcrawford, ). (Entered: 03/04/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/06/2008 10:58:48 | | |
| PACER Login: | us5070 | Client Code: |
| Description: | Docket Report | Search Criteria: | 4:07-cv-03060 |
| Billable Pages: | 3 | Cost: | 0.24 |