UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRISTINE VILLA, REGINA KELLY,
WANDA BANKS, ROSALIND BASILE, EMMA
WILLIAMS, RICHARD BANKS, KATHY
JONES-BANKS, SAMANTHA TOWNSEND,        : **NOTICE OF APPEARANCE**
CAROLYN HAYES, DASHA ALEXANDER,
LINDA WALKER, MARY BREWSTER,
LAWANDA HOLTS, and JOHNNIE BYRD,       : 7:08-cv-01834 (CLB)

           Plaintiffs,           : ECF CASE

    v.

PEPSICO, INC.,
           Defendant.
------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendants PepsiCo, Inc.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
      April 18, 2008

                                        PROSKAUER ROSE LLP

                                        By: _____
                                        Louis M. Solomon
                                        1585 Broadway
                                        New York, NY 10036-8299
                                        (212) 969-3000

                                        *Counsel for PepsiCo, Inc.*