UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHRISTINE VILLA, REGINA KELLY,
WANDA BANKS, ROSALIND BASILE,
EMMA WILLIAMS, RICHARD BANKS,
KATHY JONES-BANKS,
SAMANTHA TOWNSEND, CAROLYN HAYES,
DASHA ALEXANDER, LINDA WALKER,
MARY BREWSTER, LAWANDA HOLTS,
and JOHNNIE BYRD

        Plaintiffs,  :  08 cv 01834 (CLB)

  -against-          :  <u>AFFIDAVIT OF SERVICE</u>

PEPSICO, INC.,

        Defendant.  :
------------------------------------------------------------------x

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

  MARY JANE MCALEAVY, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age and reside in Aberdeen, New Jersey.

  2. On April 18, 2008 I served the attached Notice of Appearance upon the following:

      Jonathan H. Cox
      Office of Jonathan H. Cox
      402 Main Street
      Suite 3 South
      Houston, TX 77002

3. Service was made by enclosing a true copy of the said document in a postpaid properly addressed wrapper and placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*[Signature]*
MARY JANE MCALEAVY

Sworn to before me this
18th day of April, 2008

*[Signature]*
Notary Public

JAMES R. BETHEA
Notary Public, State of New York
No. 01BE6014213
Qualified in New York County
Commission Expires Oct. 5, 20__